No. 93–9006.  VARNER v. PURKETT, SUPERINTENDENT, FARM-INGTON CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 93–9007.  MOSS v. SINGLETARY, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 93–9014.  GHOLSON v. WRIGHT, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 93–9021.  WESSELS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 93–9023.  CHRISTIAN v. VASQUEZ, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 93–9028.  LONGWORTH v. SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 93–9033.  RAMOS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–9037.  WALKER v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 4th Cir.  Certiorari denied.

No. 93–9039.  ALLEN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 93–9045.  HOLDREN v. TRENT, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 93–9048.  NORTHINGTON v. MICHIGAN DEPARTMENT OF CORRECTIONS.  Sup. Ct. Mich.  Certiorari denied.

No. 93–9052.  LYLE v. MICHIGAN DEPARTMENT OF CORREC-TIONS.  Sup. Ct. Mich.  Certiorari denied.

No. 93–9054.  ROBERTSON v. JONES.  C. A. 11th Cir.  Certiorari denied.

No. 93–9055.  RICHARDSON v. FRANKLIN.  Sup. Ct. Ohio.  Certiorari denied.